**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ALLEN L. SHULTZ, III, | : | No. 120 MM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| FAITH E. SHULTZ, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2024, the "Motion Non [sic] Pro Tunct [sic] Due Electronic Filing Difficulties/Leave of Court/Removal 28 1443 [sic] for Federal Questions" is DENIED.